AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lane, Sean H. | U.S. Bankruptcy Court for the Southern District of NY | 08/10/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - full time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
Alexander Customs House, One Bowling Green
New York, N.Y.
10004

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1996 | Participation in Baker Hostetler 401k plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 08/10/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Group Hospitalization and Medical Services, Inc. (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 03/03/16-03/04/16 | Washington, DC | Tax Conference | Train, meal, lodging |
| 2. | National Conference of Bankruptcy Judges | 03/14/16-03/15-16 | Ft. Worth, TX | National Conference of Bankruptcy Judges Mid-year meeting | Air fare, meals, lodging |
| 3. | NY Institute of Credit and American Bankruptcy Institute | 05/05/16-05/06/16 | Mashantucket, CT | 10th Annual Credit and Bank Symposium | Travel, meals, lodging |
| 4. | ABI | 10/06/16-10/07/16 | Washington, DC | ABI Views from the bench | Train, meals, lodging |
| 5. | National Conference of Bankruptcy Judges | 10/26/16-10/9-16 | San Francisco, CA | Annual Meeting | Air fare, meals, lodging |

| 6. | ABI | 12/01/16-12/03/16 | Palos Verdes, CA | Winter Leadership Conference | Travel, meals, lodging |
| --- | --- | --- | --- | --- | --- |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Federal subsidized student loans through University of Notre Dame (Stafford and Perkins loans) | College loans for student #1 | J |
| 2. | Federal subsidized student loans through Bowdoin College (Stafford and Perkins loans) | College loans for student #2 | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Chase Bank (various accounts) | A | Interest | L | T | | | | | |
| 2.   U.S. Savings Bonds | A | Int./Div. | J | W | | | | | |
| 3.   Baker Hostetler 401k (H) | | | | | | | | | |
| 4.   Fidelity Growth Co. K. | C | Int./Div. | L | T | | | | | |
| 5.   Spartan 500 Index Inst | A | Int./Div. | K | T | | | | | |
| 6.   TRP Div. Growth | B | Int./Div. | K | T | | | | | |
| 7.   Carefirst BlueCross BlueShield 401k (H) | | | | | | | | | |
| 8.   Fid. Dividend Gr, K | B | Int./Div. | M | T | | | | | |
| 9.   Artisan Mid Cap Inv | D | Int./Div. | L | T | | | | | |
| 10.   Fidelity Freedom K | D | Int./Div. | N | T | | | | | |
| 11.   Life Insurance (H) | | | | | | | | | |
| 12.   Northwestern Mutual Life Insurance Policy #1 | A | Int./Div. | J | T | | | | | |
| 13.   Northwestern Mutual Life Insurance Policy #2 | A | Int./Div. | J | T | | | | | |
| 14.   NY State 529 Plan #1 (H) | | | | | | | | | |
| 15.   Mid Cap Stock Index Portfolio | | None | J | T | | | | | |
| 16.   Growth Stock Index Portfolio | | None | J | T | | | | | |
| 17.   Small Cap Stock Index Portfolio | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Aggressive Growth Portfolio | | None | J | T | | | | | |
| 19. NY State 529 Plan #2 (H) | | | | | | | | | |
| 20. Mid Cap Stock Index Portfolio | | None | K | T | | | | | |
| 21. Growth Stock Index Portfolio | | None | K | T | | | | | |
| 22. Small Cap Stock Index Portfolio | | None | K | T | | | | | |
| 23. Aggressive Growth Portfolio | | None | K | T | | | | | |
| 24. NY State 529 Plan #3 (H) | | | | | | | | | |
| 25. Mid Cap Stock Index Portfolio | | None | K | T | | | | | |
| 26. Growth Stock Index Portfolio | | None | K | T | | | | | |
| 27. Small Cap Stock Index Portfolio | | None | K | T | | | | | |
| 28. Aggressive Growth Portfolio | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 08/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust #1 (Y) and Trust #2 are estate planning vehicles and do not contain reportable assets.

Part VII, line 12: Whole life policy (Adjustable Complife); no underlying investments.

Part VII, line 12: Non-term policy with cash value (65 Life); no underlying investments.

Part VII, lines 14-18 of the 2015 report reflected a composite of three separate 529 accounts. For 2016, the accounts are identified separately on lines 14-18, 19-23, and 24-28. These accounts report only unit value, and do not allocate income or dividends to individual assets, therefore they generate no reportable income, per page 40 of the filing instructions. These investments are specific to the NY State 529 Plan.

| Name of Person Reporting | Date of Report |
|---|---|
| Lane, Sean H. | 08/10/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Sean H. Lane**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544